**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-1272**

————————

BONNIE RIFFLE,

                                        Plaintiff - Appellant,

            versus

GEORGE  BRADSHAW,  Sergeant;  LARRY  BRADLEY,
Captain; CHARLES PLATT, Trooper; J.C. SPRIGGS,
Sergeant; GARY EDGELL, Colonel, West Virginia
State Police; WEST VIRGINIA STATE POLICE,

                                        Defendants - Appellees.

————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  W. Craig Broadwater,
District Judge.  (CA-01-62-3)

————————

Submitted:  June 13, 2002                Decided:  June 18, 2002

————————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Bonnie Riffle, Appellant Pro Se.  Jeffrey Kent Phillips, STEPTOE &
JOHNSON, Charleston, West Virginia, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bonnie Riffle appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Riffle v. Bradshaw, No. CA-01-62-3 (N.D.W. Va. Jan. 28, 2002); see also Heck v. Humphrey, 512 U.S. 477, 486-87 (1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED